**NORTH AMERICAN OIL COMPANY, INC., Plaintiff–Appellee,**

v.

**STAR BRITE DISTRIBUTING, INC., Defendant–Appellant.**

No. 01–1347.

United States Court of Appeals, Federal Circuit.

DECIDED: June 26, 2001.

Before MICHEL, Circuit Judge.

ON MOTION

*ORDER*

Star Brite Distributing, Inc, moves to voluntarily dismiss its appeal. Star Brite states that North American Oil Company, Inc. does not oppose.

Upon Consideration thereof,

IT IS ORDERED THAT:

(1) Star Brite's appeals is dismissed.

(2) Each side shall bear its own costs.

**Charles L. GREER, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 98–3405.

United States Court of Appeals, Federal Circuit.

DECIDED: June 26, 2001.

ON MOTION

ORDER

Upon consideration of the parties' joint motion to voluntarily dismiss Charles L. Greer's appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.